## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**CASE NO.: 4:21-cv-01229**

MOQUITA QUINAN,
*individually and*
*on behalf of all others similarly situated*,

    Plaintiff,                                           CLASS ACTION

v.                                                      JURY TRIAL DEMANDED

JET LENDING, LLC,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Moquita Quinan, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Moquita Quinan, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: June 7, 2021

                                                            Respectfully submitted,

                                                            */s/ Manuel S. Hiraldo*
                                                            Manuel S Hiraldo
                                                           HIRALDO P.A.
                                                           401 E. Las Olas Boulevard
                                                           Suite 1400
                                                           Ft. Lauderdale, FL 33301
                                                           954-400-4713
                                                           Email: mhiraldo@hiraldolaw.com