Case 4:21-cv-01229   Document 12   Filed on 08/11/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOQUITA QUINAN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-1229 |
| | § § | |
| JET LENDING LLC, | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal without Prejudice filed on June 7, 2021 (Doc. No. 11) this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___11___ day of August 2021.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE